AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

United States of America
        Plaintiff,
vs.

$87,900.00 In United States Currency
        Defendant,

**JUDGMENT IN A CIVIL CASE**

Case Number: 9:06-2517-SB

[X]  **Decision by Court.**  This action came before the Court.  The issues have been duly heard and a decision has been duly rendered.

    **IT IS ORDERED AND ADJUDGED** that default is hereby entered against Victor Pizzaro, Norma Garcia, and Benjur and Anabel Gomez and their minor children and all interested persons;  that default judgment is hereby entered against the Defendant $87,900.00 in United States currency and in favor of the United States of America;   that pursuant to 18 U.S.C. §§ 981(a) (1)(A) and 981(a)(1)(C) and 21 U.S.C. § 881(a)(6), the $87,900.00 in United States currency is hereby forfeited, condemned, quit-claimed, and abandoned to the United States of America; Clear title in and to the $87,900.00 in United States currency is vested in the United States of America, and no other right, title, or interest exists therein.  All other claims in the $87,900.00 in United States currency are hereby forever foreclosed and barred. The $87,900.00 in United States currency forfeited herein shall be disposed of by the United States in accordance with law.

                                            LARRY W.  PROPES, Clerk

                                            By *E. J. Ravenel*
                                                   Deputy Clerk

January 16, 2007